

# Missouri Court of Appeals
## Southern District

**FEBRUARY 29, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No.  SD33955

    Re:  JOHN C. CLARK,
         Movant-Appellant,
         v.
         STATE OF MISSOURI,
         Respondent-Respondent.